# United States District Court
### for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

July Justine Shelby

| Plaintiff | Case Number |
|---|---|
| vs. | 25-cv-6770 |
| Uniteds States of America | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

J.J.S.

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-2020 |
| W.S. Pliler | |
| Defendant | |

Status of Earlier Filed Case:

| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ✔ Open | (If so, set forth procedural status and summarize any court rulings.) |

JJS is a habeas case concerning some -- but not all -- of the same underlying facts as this case. JJS is open and the habeas petition is now being briefed, after a stay to allow Plaintiff to jump over the procedural hurdles the United States previously said were the reasons it was refusing to provide her surgery -- a commitment the United States has now attempted to back out of.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

As set out in the complaint, there are significant overlapping background facts between the cases.

Moreover, as set out in the complaint, the United States made certain representations to the Court in JJS, the truth of which form part of the theory of negligence here.

Signature: /s/ Remy Green                    Date: 2025/08/15

Firm: COHEN&GREEN P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, New York 11385