```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JULY JUSTINE SHELBY,                                        :
                                                            :
                              Plaintiff,                    :
                                                            :           25-CV-6770 (VSB)
                -against-                                   :
                                                            :           ORDER OF REFERENCE
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    August 29, 2025
             New York, New York

                                              Vernon S. Broderick
                                              United States District Judge