UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK        COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>JULY JUSTINE SHELBY<br>**Defendant / Respondent:**<br>UNITED STATES OF AMERICA | **AFFIDAVIT OF SERVICE**<br>Index No:<br>25-CV-06770 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Sep 16 2025 AT 10:57 AM AT 86 CHAMBERS STREET, NEW YORK , NY 10278 deponent served the within Summons and Complaint and individual rules and practices in civil cases and ecf rules on UNITED STATES OF AMERICA

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** UNITED STATES OF AMERICA a defendant, therein named, by delivering a true copy of each to Derick Mayers personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Civil cle thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 50 | Ethnicity: African American | Gender: Male | Weight: 250 |
| Height: 5'10" | Hair: Bald | Eyes: Brown | Relationship: Civil cle |
| Other | | | |

Mitchell Raider
1450036

I affirm this 16 day of SEPTEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702908805913

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:46 am on September 22, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 22, 2025, 4:46 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

JULY JUSTINE SHELBY,

              *Claimant,*

v.

UNITED STATES OF AMERICA,

              *Respondent.*

------------------------------------------------------------------------X

Case No. 25-cv-06770

AFFIRMATION OF JENNA LOMELI

Jenna Lomeli affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.

2. I am an assistant for Cohen&Green P.L.L.C. and Gideon Orion Oliver, attorneys for Claimant in the above-captioned matter.

3. On September 17 2025, I personally served the the Complaint, the Summons, United States District Judge Vernon S. Broderick's Individual Rules & Practices in Civil Cases, and the ECF SDNY Filing Rules in the above-captioned case upon Respondent (through counsel) by placing a true copy thereof in a sealed envelope, properly addressed as follows, with certified postage paid thereon, in a post office or official depository under the exclusive care and custody of the US Postal Service within the State of New York:

    Attorney General U.S. Department of Justice
    950 Pennsylvania Avenue, NW,
    Washington, DC 20530

I affirm this 17th day of September 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Queens, NY  September 17, 2025

                                            *Jenna Lomeli*
                                            _____
                                            Jenna Lomeli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

JULY JUSTINE SHELBY,

        *Claimant,*

v.

UNITED STATES OF AMERICA,

        *Respondent.*

------------------------------------------------------------------------X

Case No. 25-cv-06770

<u>AFFIRMATION OF JENNA LOMELI</u>

Jenna Lomeli affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.

2. I am an assistant for Cohen&Green P.L.L.C. and Gideon Orion Oliver, attorneys for Claimant in the above-captioned matter.

3. On September 17 2025, I personally served the the Complaint, the Summons, United States District Judge Vernon S. Broderick's Individual Rules & Practices in Civil Cases, and the ECF SDNY Filing Rules in the above-captioned case upon Respondent (through counsel) by placing a true copy thereof in a sealed envelope, properly addressed as follows, with certified postage paid thereon, in a post office or official depository under the exclusive care and custody of the US Postal Service within the State of New York:

    Office of General Counsel, Federal Bureau of Prisons
    320 1st St., NW
    Washington, DC 20534

I affirm this 17th day of September 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Queens, NY  September 17, 2025

                                           */s/ Jenna Lomeli*
                                           Jenna Lomeli