AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| July Justine Shelby | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-06770-UA |
| United States of America | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 09/29/2025

/s/ Leena Mohmoud Widdi
*Attorney's signature*

Leena Mohmoud Widdi (5768742)
*Printed name and bar number*

16-39 Centre Street, Ste. 216
Ridgewood, NY 11385

leena@femmelaw.com
*E-mail address*

(929) 344- 7611
*Telephone number*

(929) 888.9457
*FAX number*