AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| July Justine Shelby | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25 Civ. 6770 (VSB) |
| United States of America | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 09/30/2025

/s/ Kamika S. Shaw
*Attorney's signature*

Kamika S. Shaw (5693841)
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

*Address*

Kamika.Shaw@usdoj.gov
*E-mail address*

(212) 637-2768
*Telephone number*

(212) 637-0032
*FAX number*