U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 21, 2025

**By ECF**
The Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *July Justine Shelby v. United States*, No. 25 Civ. 6770 (VSB)

Dear Judge Broderick:

    This Office represents the United States of America (the "Government") in connection with Plaintiff July Justine Shelby's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act (the "Complaint"). I write respectfully to request a one-month extension of time, from December 30, 2025 to January 29, 2026, to respond to the Complaint.

    The extension sought will allow the undersigned additional time to discuss the matter with agency counsel and gather information necessary to prepare the Government's response to the Complaint. This is the Government's first request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

    Respectfully,

    JAY CLAYTON
    United States Attorney

By:    /s/ *Kamika S. Shaw*
    Kamika S. Shaw
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2768
    Email: Kamika.Shaw@usdoj.gov

cc: Counsel of Record (by ECF)