U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

Application GRANTED.

SO ORDERED.
Dated: January 27, 2026

*/s/ Stewart D. Aaron*

January 26, 2026

**By ECF**
The Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *July Justine Shelby v. United States*, No. 25 Civ. 6770 (VSB)

Dear Judge Aaron:

    This Office represents the United States of America (the "Government") in connection with Plaintiff July Justine Shelby's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act (the "Complaint"). I write respectfully to request a two-week extension of time, from January 29, 2026 to February 12, 2026, to respond to the Complaint.

    The extension sought will allow the undersigned additional time to discuss the matter with agency counsel and gather information necessary to prepare the Government's response to the Complaint. This is the Government's second request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

    Respectfully,

    JAY CLAYTON
    United States Attorney

By:      /s/ *Kamika S. Shaw*
    Kamika S. Shaw
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2768
    Email: Kamika.Shaw@usdoj.gov

cc: Counsel of Record (by ECF)