*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 10, 2026

**By ECF**
The Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *July Justine Shelby v. United States*, No. 25 Civ. 6770 (VSB)

Dear Judge Aaron:

  This Office represents the United States of America (the "Government") in connection with Plaintiff July Justine Shelby's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act (the "Complaint"). I write respectfully to request a one-week extension of time, from February 12, 2026 to February 18, 2026, to respond to the Complaint.

  I request this extension to accommodate my unexpected absence from the Office while sick. The extension sought will allow the undersigned sufficient time to finalize the Government's response to the Complaint. This is the Government's third request for an extension of time, and Plaintiff consents to this request.

  I thank the Court for its consideration of this request.

            Respectfully,

            JAY CLAYTON
            United States Attorney

         By:   /s/ *Kamika S. Shaw*
            Kamika S. Shaw
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, New York 10007
            Tel.: (212) 637-2768
            Email: Kamika.Shaw@usdoj.gov

cc: Counsel of Record (by ECF)