JAY CLAYTON
United States Attorney for the
Southern District of New York
By: KAMIKA S. SHAW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2768
E-mail: Kamika.shaw@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULY JUSTINE SHELBY,<br><br>                     Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | No. 25 Civ. 6770 (VSB) (SDA) |

## NOTICE OF THE FEDERAL DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Defendant's Motion to Dismiss, Defendant the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court to dismiss the claims against them in the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).

Dated: February 18, 2026
      New York, New York

                                          JAY CLAYTON
                                          United States Attorney for the
                                          Southern District of New York

                           By:    /s/ *Kamika S. Shaw*
                                          KAMIKA S. SHAW
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Tel.: (212) 637-2768
                                          E-mail: Kamika.shaw@usdoj.gov