**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 4, 2026

**By ECF**
The Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: March 5, 2026

Re:    *July Justine Shelby v. United States, No. 25 Civ. 6770 (VSB)*

Dear Judge Broderick:

This Office represents the United States of America (the "Government") in connection with Plaintiff July Justine Shelby's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act (the "Complaint"). The parties write jointly to respectfully request a two-week extension of time to complete briefing on Defendant's motion to dismiss the Complaint dated February 18, 2026.[1]  ECF No. 19.  The parties are in the process of discussing a resolution of the motion that would obviate the need for further briefing. This is the parties' first request for an extension of time.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:    ___/s/ Kamika S. Shaw_____
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Counsel of Record (by ECF)

---

[1] Plaintiff's opposition is currently due on March 4, 2026, and Defendant's reply is due on March 11, 2026.