UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULY JUSTINE SHELBY,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | No. 25 Civ. 6770 (VSB) (SDA)<br><br>**STIPULATION AND<br>[PROPOSED] ORDER TO<br>TRANSFER VENUE** |

WHEREAS, Plaintiff JULY JUSTINE SHELBY ("Plaintiff") commenced this action on August 15, 2025 by filing a complaint ("Complaint") in United States District Court, Southern District of New York bringing claims against the United State of America (the "Government") pursuant to the Federal Tort Claims Act. ECF No. 1;

WHEREAS, the Complaint alleges that Plaintiff suffered injuries while incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC"), located in the Eastern District of New York, due to the claimed negligence of the Federal Bureau of Prisons;

WHEREAS, the Government filed a motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6) on February 18, 2026 seeking dismissal based on, among other things, lack of venue in the Southern District of New York, ECF Nos. 18-19;

WHEREAS, the parties agree that venue is proper in the United States District Court for the Eastern District of New York; and

WHEREAS, the Government agrees to withdraw its pending motion to dismiss without prejudice;

1

NOW, THEREFORE, upon the parties' agreement, IT IS HEREBY ORDERED that:

1. The above-captioned action is hereby transferred to the United States District Court for the Eastern District of New York; pursuant to 28 U.S.C. § 1391(e).

2. All of the parties' respective arguments, claims, and defenses related to the facts, circumstances, and events giving rise to the above-captioned action are hereby reserved.

Dated: New York City, New York
       March 10, 2026

                        COHEN & GREEN P.L.L.C.

                        *Counsel for Plaintiff*

                        By:    /s/ *Remy Green*
                                Remy Green
                                1639 Centre Street
                                Suite 216
                                Ridgewood, NY 11385
                                remy@femmelaw.com

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York
                        *Counsel for Defendant*

                        By:    /s/ *Kamika S. Shaw*
                                KAMIKA S. SHAW
                                Assistant United States Attorney
                                86 Chambers Street, Third Floor
                                New York, NY  10007
                                Tel.: (212) 637-2768
                                Email: Kamika.shaw@usdoj.gov

SO ORDERED this

_____day of _____, 2026

------------------------------------

The Honorable Vernon S. Broderick
United States District Judge