UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULY JUSTINE SHELBY,

                    Plaintiff,

      v.

UNITED STATES OF AMERICA,

                    Defendant.

No. 25 Civ. 6770 (VSB) (SDA)

**STIPULATION AND |ORDER TO TRANSFER VENUE**

      WHEREAS, Plaintiff JULY JUSTINE SHELBY ("Plaintiff") commenced this action on August 15, 2025 by filing a complaint ("Complaint") in United States District Court, Southern District of New York bringing claims against the United State of America (the "Government") pursuant to the Federal Tort Claims Act. ECF No. 1;

      WHEREAS, the Complaint alleges that Plaintiff suffered injuries while incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC"), located in the Eastern District of New York, due to the claimed negligence of the Federal Bureau of Prisons;

      WHEREAS, the Government filed a motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6) on February 18, 2026 seeking dismissal based on, among other things, lack of venue in the Southern District of New York, ECF Nos. 18-19;

      WHEREAS, the parties agree that venue is proper in the United States District Court for the Eastern District of New York; and

      WHEREAS, the Government agrees to withdraw its pending motion to dismiss without prejudice;

1

NOW, THEREFORE, upon the parties' agreement, IT IS HEREBY ORDERED that:

1. The above-captioned action is hereby transferred to the United States District Court for the Eastern District of New York; pursuant to 28 U.S.C. § 1391(e).

2. All of the parties' respective arguments, claims, and defenses related to the facts, circumstances, and events giving rise to the above-captioned action are hereby reserved.

Dated: New York City, New York
       March 10, 2026

                COHEN & GREEN P.L.L.C.
                *Counsel for Plaintiff*

                By:    /s/ *Remy Green*
                         Remy Green
                         1639 Centre Street
                         Suite 216
                         Ridgewood, NY 11385
                         remy@femmelaw.com

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York
                *Counsel for Defendant*

                By:    /s/ *Kamika S. Shaw*
                         KAMIKA S. SHAW
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, NY 10007
                         Tel.: (212) 637-2768
                         Email: Kamika.shaw@usdoj.gov

SO ORDERED this

__12__ day of __March__, 2026

_Vernon Broderick_
The Honorable Vernon S. Broderick
United States District Judge